## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　v.<br><br>FRANCISCO REQUENA TORREALBA,<br>　　　　　　　　　Defendant | Case No. 8:25cr242<br><br>**ORDER OF DETENTION PENDING TRIAL** |

**Part I - Eligibility for Detention**

　Upon the
　　　☒ **B.** Motion of the Government or the Court's own motion for a detention hearing pursuant
　　　　to 18 U.S.C. § 3142(f)(2) because the case involves:

　　　　　☒ **(1)** a serious risk that the defendant will flee if released; or
　　　　　　threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective
　　　　　　witness or juror if released.

The Court found that the Government established one or more of the factors above, held a detention hearing, and found that detention is warranted. This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3142(i), in addition to any other findings made at the hearing.

**Part II - Findings of Fact and Law as to Presumptions under § 3142(e)**

**Part III - Analysis and Statement of the Reasons for Detention**

　　After considering any applicable presumption, the nature and circumstances of the defendant's alleged conduct, the defendant's history and characteristics, the other factors set forth in 18 U.S.C. § 3142(g), the information presented at the detention hearing, and the available conditions of release under 18 U.S.C. § 3142(c), the Court concludes that the defendant must be detained pending trial because the Government has proven:
　☒ By clear and convincing evidence that no condition or combination of conditions of release will reasonably assure
　　the safety of any other person and the community.
　☒ By a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the
　　defendant's appearance as required.
　The reasons for detention include the following checked items *(After this list, add any additional items or explanations as needed to comply with the requirement for a written statement of reasons under 18 U.S.C. § 3142(i).):*
　　☒　The offense charged is a crime of violence, a violation of § 1591, a federal crime of terrorism, or involves a
　　　　minor victim or a controlled substance, firearm, explosive, or destructive device.
　　☒　Subject to lengthy period of incarceration if convicted.
　　☒　Lack of significant family or other ties to the community.

- ☒ Significant family or other ties outside the United States.
- ☒ Lack of legal status in the United States.
- ☒ Subject to removal or deportation after serving any period of incarceration.
- ☒ Lack of stable residence
- ☒ Lack of stable employment.
- ☒ The defendant's release poses serious danger to any person or the community.

OTHER REASONS OR FURTHER EXPLANATION:

**Part IV - Directions Regarding Detention**

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date:    1/21/2026                             s/ Michael D. Nelson
                                               United States Magistrate Judge